IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>$100,000.00 IN UNITED STATES CURRENCY,<br><br>                    Defendant. | **8:12CV223**<br><br><br>**MEMORANDUM AND ORDER** |

Claimant Melanie Sia Vang filed a verified claim on August 27, 2012.  (Filing No. 11).  Under the federal rules applicable to forfeiture actions in rem, "[a] claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."  Supplemental Admiralty and Maritime Claims Rule G.

Claimant Melanie Sia Vang has filed nothing since filing her claim.  Specifically, she has not filed an answer or a Rule 12 response to the government's complaint, and she has not responded to the scheduling letters sent by the court on November 16, 2012 and January 7, 2013.

Accordingly,

IT IS ORDERED:

1)      The Rule 26 Meeting Report Deadline, previously set for February 7, 2013, is continued pending further order of the court.

2)      Claimant Melanie Sia Vang is given 14 days, or until February 15, 2013, to file her answer or otherwise respond to the plaintiff's complaint, in the absence of which her claim may be dismissed for want of prosecution without further notice.

February 1, 2013.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge