IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$100,000.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12CV223<br><br>FINDINGS AND RECOMMENDATION |

  Claimant Melanie Sia Vang did not comply with this court's order to file an answer or otherwise respond the plaintiff's complaint on or before February 15, 2013. (Filing No. 31). The order warned that the claimant's failure to comply may result in dismissal of her claim without further notice.

  IT THEREFORE HEREBY IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that all claims brought by Melanie Sia Vang should be dismissed for want of prosecution.

  The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

  The clerk shall send a copy of this document to Melanie Sia Vang at her address of record.

  Dated this 22nd day of February, 2013.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge