IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$100,000.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | 8:12CV223<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by James K. McGough as counsel of record on behalf of Claimant Yang Chue Her, (filing no. 40), is granted.

2) On or before April 29, 2013, Claimant Yang Chue Her shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of her claims without further notice.

3) Mr. McGough shall promptly mail a copy of this order to Claimant Yang Chue Her, and file a certificate of service stating the date and the manner of service, and the name and address served.

April 9, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge