IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$100,000.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:12CV223<br><br>MEMORANDUM AND ORDER |

The claims of Melanie Sia Vang were dismissed for want of prosecution. See Filing Nos. 32, 34, 39, and 42. Counsel for claimant Yang Chue Her was granted leave to withdraw. Yang Chue Her was given until April 29, 2013, to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of defendant's intent to litigate this case without the assistance of counsel. The order warned that the failure to comply may result in a dismissal of Yang Chue Her's claims without further notice. Filing No. 41. This order was promptly served on Yang Chue Her. (Filing No. 43). Yang Chue Her did not timely comply.

On May 15, 2013, the government moved to strike and to dismiss all claims in this case. The motion was served on Melanie Sia Vang and Yang Chue Her. (Filing No. 44). Neither claimant has responded and the deadline for responding has passed.

Accordingly,

IT IS ORDERED:

1) The government's motion to strike and to dismiss all claims of Melanie Sia Vang and Yang Chue Her, (Filing No. 44), is granted.

2) The claims of Melanie Sia Vang and Yang Chue Her are dismissed, with prejudice, for want of prosecution.

3) Judgment will be entered in accordance with this memorandum and order.

June 13, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge